# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WOODS, as Guardian of Billie Sharlene Woods | § § § | |
| v. | § § | CIVIL ACTION NO. 3:26-CV-0373-S-BW |
| WELLS FARGO HOME MORTGAGE, N.A., a Division of Wells Fargo, N.A. | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will **DISMISS** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow court orders.

**SO ORDERED.**

SIGNED March 31, 2026.

_____
UNITED STATES DISTRICT JUDGE